CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br><br>**Jacob Aaron Hicks**<br><br>DOB: 1980; United States Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>26-10107MJ |

Complaint for violation of Title 18, United States Code § 875(c)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about September 23, 2026, in the District of Arizona and elsewhere, **JACOB AARON HICKS**, knowingly transmitted in interstate and foreign commerce, through the use of electronic mail, a communication containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with a conscious disregard of a substantial risk that the communication would be viewed as a threat, to wit: by transmitting an electronic email threatening to commit a mass bombing against the White House and in and around the Washington, D.C. area, in violation of Title 18, United States Code, Section 875(c).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On September 23, 2026, at approximately 9:03 PM Mountain Standard Time, an email was sent from Gmail account "rachel041975@gmail.com" to Tucson news station KGUN9, which is an affiliate of the E.W. Scripps Company based in Cincinnati, Ohio. Technology support, to include email and website support, for KGUN9 are provided by E.W. Scripps Company staff also based in Cincinnati, Ohio. The email, addressed to "news@kgun9.com," stated the following: "Be advised. In 12 hours, there'll be a strike against the White House. There's bombs all around Washington, D.C. This is not a joke. Be advised. You Americans will pay. Allah, to Allah." The email contained the following subject line, "[EXTERNAL EMAIL] - From KGUN TV Tucson. Threat against White House Fw: Washington DC under attack." KGUN9 officials notified law enforcement of the threatening email.

Through investigation by the United States Secret Service and the Federal Bureau of Investigation (FBI), agents learned that the Gmail account/email address "rachel041975@gmail.com" is linked to a T-Mobile Mint Mobile phone number with a 520 area code registered to Tucson resident **JACOB AARON HICKS**. The Gmail account rachel041975@gmail.com was established on July 12, 2026.

(Continued on next page)

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | BRAD KIERNAN Digitally signed by BRAD KIERNAN Date: 2026.10.07 09:17:46 -07'00' |
| | OFFICIAL TITLE & NAME:<br>Brad Kiernan, FBI Special Agent |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | **DATE** |
|---|---|
| Eric J. Markovich (signature) | October 7, 2026 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Nicole Savel

In response to legal process, Google provided information related to the rachel041975@gmail.com account. These records indicate that the account is used by **HICKS**. For example, an email sent to the account is directed to "Jacob," **HICKS'** first name. The email address was also used to research **HICKS'** estranged wife, who has a restraining order against him. These records also show that the account was accessed from Internet Protocol (IP) address 172.59.207.152 at 9:01 PM Mountain Standard Time on September 23, 2026, a few minutes before the email containing the bomb threat was sent to the KGUN 9 email address.

Google records further revealed that the account user saved several unsent draft emails to other news organizations that also contained threatening language. The first of these emails was last saved at approximately 7:58 p.m. on September 23, 2026, and the recipient was tips@nbcwashington.com. The email stated in part: "In 15 minutes, there will be an attack on the White House, coming from all sides." A second email was last saved at approximately 8:52 p.m. on September 23, 2026, and was drafted to fox5tips@foxtv.com. That email stated in part: "There will be an attack on the White House, and surrounding bombs had been in very important buildings in Washington DC."

On September 24, 2026, FBI agents interviewed **HICKS** at his residence in Tucson, Arizona. During the interview, **HICKS** admitted that the cellular phone number associated with the Gmail account rachel041975@gmail.com is his phone number and that this number is currently serviced through Mint Mobile, although it was formerly serviced by Verizon. **HICKS** denied sending the threatening email and eventually claimed that he loaned his phone to a homeless person to use during the time period the email was sent. **HICKS** consented to a manual search of his cellular phone and a Samsung Galaxy Tablet and provided the PIN codes needed to unlock each device. At the end of the interview, **HICKS** voluntarily provided the devices, as well as a Mint Mobile SIM Card, and gave written consent for investigators to search all of the devices.

Additional records from Verizon Wireless indicate that **HICKS's** cellular phone with the identified 520 area code number was serviced by Verizon on July 12, 2026, when the Gmail account rachel041975@gmail.com was established. An initial review of the contents of **HICKS**' cellular phone has revealed that the phone's user accessed the White House contact website on September 23, 2026, at approximately 7:39 p.m. and 7:40 p.m.; and that the user also accessed KGUN9's website on September 23, 2026, at approximately 9:01 p.m. and 9:03 p.m., the time the email bomb threat was sent to KGUN 9.

As part of the initial review of data extracted from **HICKS**' digital devices, agents also observed a text message that was sent on September 2, 2026, at approximately 3:43 a.m. by "Jacob Hicks (owner)" to a Tucson-based phone number. This message stated, "Anthrax is going to be delivered to destroy Tucson I have C4 for federal building and bombing on 9-11-2026 05:00am."

Database checks revealed that while living in New York, **HICKS** was contacted by law enforcement after threatening to bomb a government building. A police report from the Wayne County Sheriff's Office states that on May 24, 2016, investigators were called to the Wayne County Department of Social Services (DSS) regarding **HICKS,** who had contacted the Monroe County DSS stating that he was going to blow up the Wayne County DSS building and kill everyone in the building. Investigators responded to **HICKS**' address and advised him that if any further contact or statements were made, charges would be pursued, and the severity of the threats could be deemed terroristic in nature.