FILED
2026 NOV -4 PM 1:36
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RENDA C. MAGINNIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: renda.maginnis@usdoj.gov
Attorneys for Plaintiff

**CR26-06094 TUC-SHR(GS)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jacob Aaron Hicks,<br>Defendant. | No.<br>**INDICTMENT**<br>VIO: 18 U.S.C. § 875(c)<br>(Making an Interstate Threat to Injure)<br>Count 1<br>18 U.S.C. § 1038(a)<br>(Making a Bomb Hoax)<br>Count 2 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about September 23, 2026, in the District of Arizona and elsewhere, JACOB AARON HICKS, knowingly transmitted in interstate and foreign commerce, through the use of electronic mail, a communication containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with a conscious disregard of a substantial risk that the communication would be viewed as a threat, to wit: by transmitting an electronic email threatening to commit a bombing against the White House and in and around the Washington, D.C. area.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 2**

On or about September 23, 2026, in the District of Arizona and elsewhere, JACOB AARON HICKS, did intentionally convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, United States Code, chapter 40, particularly Title 18, United States Code, Section 844(f), to wit: by transmitting an electronic email threatening to damage and destroy by means of an explosive device the White House, a building owned and possessed by the United States.

In violation of Title 18, United States Code, Section 1038(a).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date: November 4, 2026

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ S /

RENDA MAGINNIS
Assistant U.S. Attorney